CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
October 26, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **NICHOLAS HADGES,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:26CV00051 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **SIDNEY KOLB,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED without prejudice; the Motion to Stay Federal Habeas Proceedings and Hold Petition in Abeyance, Dkt. No. 2, is DENIED; a certificate of appealability is DENIED; and the Clerk shall close the case.

ENTER: October 26, 2026

/s/ JAMES P. JONES
Senior United States District Judge